MARY E. ALEXANDER, ESQ. (SBN: 104173)
BRENDAN D. S. WAY, ESQ. (SBN: 261705)
CATALINA S. MUÑOZ, ESQ. (SBN: 317856)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Fax: (415) 433-5440

Attorneys for Plaintiff
MARC PETER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARC PETER, | ) Case No.: 2:19-CV-01208-TLN-KJN |
|---|---|
| Plaintiff, | ) **STIPULATION TO ALLOW PARTY** |
| | ) **DEPOSITIONS TO PROCEED BY** |
| vs. | ) **VIDEO CONFERENCE AND ORDER** |
| JENNIFER LANCE; and | ) |
| RICHARD COLLINS; | ) |
| Defendants. | ) |

The parties, by and through their attorneys, jointly stipulate that the depositions of Plaintiff MARC PETER and Defendants JENNIFER LANCE and RICHARD COLLINS be taken by video conference. Good cause exists for allowing the depositions to proceed "by telephone or other remote means" pursuant to FRCP 30(b)(4), in light of the following:

1. Plaintiff MARC PETER had properly noticed the depositions of Defendants JENNIFER LANCE and RICHARD COLLINS. Defendant JENNIFER LANCE's deposition was to take place in person on March 31, 2020. Defendant RICHARD COLLINS' deposition was to take place in person on April 1, 2020.

2. Defendant JENNIFER LANCE had properly noticed the deposition of Plaintiff MARC

PETER, which was to take place in person on April 3, 2020.

3. As a result of Executive Order N-33-20 issued in response to the COVID-19 pandemic in the State of California by Governor Gavin Newsom on March 19, 2020, the parties and their attorneys will be unable to travel in March and April of 2020 for purposes of completing the depositions of Plaintiff MARC PETER and Defendants JENNIFER LANCE and RICHARD COLLINS in person.

4. The parties are requesting the depositions of Plaintiff MARC PETER, Defendant JENNIFER LANCE, and Defendant RICHARD COLLINS, be allowed to proceed by video conference. The depositions will take place as follows:

- Deposition of Defendant JENNIFER LANCE will be conducted by video conference on March 31, 2020.
- Deposition of Defendant RICHARD COLLINS will be conducted by video conference on April 1, 2020.
- Deposition of Plaintiff MARC PETER will be conducted by video conference on April 3, 2020.

5. This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that: (a) the content of this document is acceptable to all persons required to sign the document; (b) Defendants' counsel has concurred with the filing of this document; and (c) a record supporting this concurrence is available for inspection or production if so ordered.

Therefore, for the reasons stated above, the parties respectfully request that the Court grant their request to allow the depositions of Plaintiff MARC PETER, Defendant JENNIFER LANCE, and Defendant RICHARD COLLINS, to proceed by video conference on the dates stated in paragraph 4 above.

//
//
//
//

STIPULATION TO ALLOW PARTY DEPOSITIONS TO PROCEED BY VIDEO CONFERENCE AND ORDER

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | DATED: March 25, 2020 | MARY ALEXANDER & ASSOCIATES, P.C. |

By: */s/ Catalina S. Muñoz*
    Mary E. Alexander, Esq.
    Catalina S. Muñoz, Esq.
    *Attorneys for Plaintiff*

DATED: March 25, 2020    HARTSUYKER, STRATMAN & WILLIAMS-ABREGO

By: */s/ Keith Pawloski* (as authorized on 03/25/2020)
    Keith R. Pawloski, Esq.
    *Attorney for Defendants*

## ORDER

Good cause existing and consistent with the parties' stipulation set forth above, IT IS SO ORDERED that the depositions of Plaintiff MARC PETER, Defendant JENNIFER LANCE, and Defendant RICHARD COLLINS, be allowed to proceed by video conference, if they have not already. The depositions will take place as follows:

- Deposition of Defendant JENNIFER LANCE will be conducted by video conference on March 31, 2020.
- Deposition of Defendant RICHARD COLLINS will be conducted by video conference on April 1, 2020.
- Deposition of Plaintiff MARC PETER will be conducted by video conference on April 3, 2020.

Dated: April 6, 2020

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, pete.1208

3
STIPULATION TO ALLOW PARTY DEPOSITIONS TO PROCEED BY VIDEO CONFERENCE AND ORDER