MARY E. ALEXANDER, ESQ. (SBN: 104173)
BRENDAN D. S. WAY, ESQ. (SBN: 261705)
CATALINA S. MUÑOZ, ESQ. (SBN: 317856)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Fax: (415) 433-5440

Attorneys for Plaintiff
MARC PETER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PETER,<br><br>    Plaintiff,<br><br>vs.<br><br>JENNIFER LANCE; and<br>RICHARD COLLINS;<br><br>    Defendants. | Case No.: 2:19-CV-01208-TLN-KJN<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO COMPLETE DISCOVERY AND ORDER** |

The parties, Plaintiff MARC PETER and Defendants JENNIFER LANCE and RICHARD COLLINS, by and through their attorneys, jointly stipulate and move this Court to extend the time within which to complete discovery to **June 30, 2020**. Good cause exists for granting this extension in light of the following:

1. Plaintiff had properly noticed a Request for Inspection of Defendants' Property (hereinafter "Site Inspection") pursuant to FRCP 34(a)(2), which was to take place on April 8, 2020.

2. As a result of Executive Order N-33-20 issued in response to the COVID-19 pandemic in the State of California by Governor Gavin Newsom on March 19, 2020, the parties and their

attorneys will be unable to travel in April of 2020 for purposes of completing the Site Inspection.

3. Due to the travel restrictions imposed by Executive Order N-33-20, the parties will be unable to complete the Site Inspection before the current deadline for close of the discovery in this matter.

4. The parties are requesting an extension of the discovery completion date in order to complete the Site Inspection only. This extension of the discovery completion date shall not apply to extend time by which to complete the depositions of Plaintiff MARC PETER, Defendant JENNIFER LANCE, and Defendant RICHARD COLLINS, which will all be proceeding by video and will be completed before April 8, 2020.

5. This is the first request for an extension of time within which to complete discovery.

6. This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that: (a) the content of this document is acceptable to all persons required to sign the document; (b) Defendants' counsel has concurred with the filing of this document; and (c) a record supporting this concurrence is available for inspection or production if so ordered.

Therefore, for the reasons stated above, the parties respectfully request that the Court grant them an extension of time to complete the Site Inspection by June 30, 2020.

//

//

Respectfully submitted,

DATED: March 25, 2020  MARY ALEXANDER & ASSOCIATES, P.C.


By: */s/ Catalina S. Muñoz*
    Mary E. Alexander, Esq.
    Catalina S. Muñoz, Esq.
    *Attorneys for Plaintiff*

STIPULATION TO EXTEND TIME FOR PARTIES TO COMPLETE DISCOVERY AND [PROPOSED] ORDER

DATED: March 25, 2020     HARTSUYKER, STRATMAN & WILLIAMS-ABREGO

By: /s/ Keith Pawloski (as authorized on 03/25/2020)
Keith R. Pawloski, Esq.
*Attorney for Defendants*

**ORDER**

Good cause existing and consistent with the parties' stipulation set forth above, IT IS SO ORDERED that the deadline to complete the Site Inspection in this matter is hereby extended to June 30, 2020.

Dated: April 6, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, pete.1208

3
STIPULATION TO EXTEND TIME FOR PARTIES TO COMPLETE DISCOVERY AND [PROPOSED] ORDER